IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:01-CR-088-J |
| VICTOR LEE McGAVOCK | |

## RELEASE OF JUDGMENT LIEN

Judgment was entered against the defendant in the above-entitled cause. The defendant has died, and his liability to pay criminal monetary penalties terminated upon his death pursuant to 18 U.S.C. § 3613(b). The Clerk of the United States District Court is hereby authorized to release said judgment of record. The lien recorded in Potter County, Texas as Book No. 3210, Page No. 482 on July 24, 2002 is hereby released.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney
Illinois Bar No. 6273797
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
melissa.childs@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' Release of Lien

was served pursuant to the district court's ECF system. An original release of judgment lien for recording in each county was sent by first-class mail on October 18, 2016 to the following non-ECF filers:

Estate of Victor Lee McGavock
Amarillo, TX
*Defendant*

                                                *s/ Melissa A. Childs*
                                                MELISSA A. CHILDS
                                                Assistant United States Attorney